610

■ SHERRY SHUFFMAN v. FREDERICK SHUFFMAN.— Motion for stay granted on condition that the appellant meanwhile pay to plaintiff-respondent $50 per week for the support and maintenance of the child herein, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SHERRY SHUFFMAN v. FREDERICK SHUFFMAN.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SHERRY SHUFFMAN v. FREDERICK SHUFFMAN.— Motion granted only to the extent of dispensing with printing in the record on appeal of the stenographer's minutes of the trial and the exhibits introduced in evidence, on condition that one copy of the stenographer's minutes of the trial and the original exhibits are filed with the court at the time of filing the printed record on appeal, and on the further condition that the record on appeal and appellant's printed points are served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH et al. — Motion by Burton N. Pugach for a stay denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH et al. — Motion by Burton N. Pugach for a change of place of trial denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER GARRETT.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PHILIP HOLZER.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDITH SILBERBERG.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

(February 9, 1960)

■ In the Matter of the Estate of ANGELICA M. KOHN, Deceased. LOUIS CAMBERG, Appellant, v. HERMAN SCHEIDLINGER et al., Respondents.— Order unanimously affirmed, with costs. No opinion. Concur—Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.